

# THE THIRTEENTH COURT OF APPEALS

## 13-11-00254-CR

MARY ALICE PALACIOS
v.
THE STATE OF TEXAS

On Appeal from the
398th District Court of Hidalgo County, Texas
Trial Cause No. CR-2755-10-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be REVERSED and RENDERED. The Court orders the judgment of the trial court REVERSED and RENDERED.

We further order this decision certified below for observance.

July 31, 2014